UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KRISTINA SPAULDING and <br> DAVIS SPAULDING, <br><br>     Plaintiffs <br><br> v. <br><br> DANIEL BARTH and DOLLAR THRIFTY <br> AUTOMOTIVE GROUP, INC., <br><br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case 2:11-CV-00041-JAW <br> ) <br> ) <br> ) <br> ) <br> ) |

### STIPULATION OF DISMISSAL

The parties to this action, by and through counsel, hereby stipulate to the dismissal of this action with prejudice and without costs to any party pursuant to the Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.


Dated: July 12, 2011　　　　　　　　　　/s/ Lauri Boxer-Macomber, Esquire
　　　　　　　　　　　　　　　　　　　　Laurie Boxer-Macomber
　　　　　　　　　　　　　　　　　　　　R. Terrance Duddy
　　　　　　　　　　　　　　　　　　　　Kelly, Remmel & Zimmerman
　　　　　　　　　　　　　　　　　　　　53 Exchange Street
　　　　　　　　　　　　　　　　　　　　P.O. Box 597
　　　　　　　　　　　　　　　　　　　　Portland, Maine  04112
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs


Dated: July 12, 2011　　　　　　　　　　/s/ Karen Frink Wolf, Esquire
　　　　　　　　　　　　　　　　　　　　Karen Frink Wolf
　　　　　　　　　　　　　　　　　　　　Jonathan M. Dunitz
　　　　　　　　　　　　　　　　　　　　Friedman Gaythwaite Wolf Leavitt
　　　　　　　　　　　　　　　　　　　　25 Pearl Street
　　　　　　　　　　　　　　　　　　　　P.O. Box 4726
　　　　　　　　　　　　　　　　　　　　Portland, Maine 04102
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants